■ In the Matter of JACQUELINE FERNANDEZ, an Infant. MARIA FERNANDEZ et al., Respondents; PHILIP C. SEGAL, Appellant.—Order, Surrogate's Court, Bronx County, entered on May 3, 1978, unanimously affirmed, without costs and without disbursements, for the reasons stated by Gelfand, S. (See, also, SCPA 708, subd 1.) Concur—Kupferman, J. P., Birns, Silverman, Markewich and Sandler, JJ.

■ GOLDFARB BROS., INC., Respondent, v WELLS-LEIGH OF CALIFORNIA, INC., Appellant.—Order, Supreme Court, New York County, entered on March 13, 1978, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Deposition shall be held on a mutually agreeable date or the parties may apply to this court for fixation of such date. No opinion. Concur—Kupferman, J. P., Birns, Silverman, Markewich and Sandler, JJ.

■ STEPHEN KAUFMAN, Respondent, v JULIUS W. BELL, Appellant.— Order, Supreme Court, Bronx County, entered on February 17, 1978, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Appeal from order of the Supreme Court, Bronx County, entered on July 12, 1978, dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Silverman, Markewich and Sandler, JJ.

■ WILHELMINA MODELS, INC., Respondent, v JOHN CASABLANCAS et al., Appellants.—Appeal from order of the Supreme Court, New York County, entered on November 7, 1977, dismissed as abandoned, without costs and without disbursements. Order, Supreme Court, New York County, entered on March 9, 1978, unanimously affirmed, without costs and without disbursements. (See Foley v D'Agostino, 21 AD2d 60.) No opinion. Concur— Kupferman, J. P., Birns, Silverman, Markewich and Sandler, JJ.

■ CRISTALLERIES ET VERRIERES DE VIANNE, Also Known as CRISTAL D'ALBRET, et al., Appellants, v FRANKLIN MINT CORPORATION et al., Respondents, et al., Defendants.—Order and judgment, Supreme Court, New York County, entered on March 17, 1977 and April 1, 1977, respectively, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Lupiano, J. P., Fein, Lane, Markewich and Sullivan, JJ.

■ In the Matter of HAROLD BAKERMAN, an Attorney.—Motion for reargument, for leave to present oral argument and for reinstatement granted only to the extent of granting reargument, and upon reargument the motion for reinstatement is granted only insofar as to refer the matter to the Committee on Character and Fitness and, pending receipt of the committee's report, final determination of said motion is held in abeyance. Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.